IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER D. MOORE                                                                      PLAINTIFF

v.                                        Case No. 3:12-CV-03145

CAROLYN W. COLVIN, Commissioner of
Social Security Administration                                             DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 9) from Chief United

States Magistrate Judge James R. Marschewski.   There have been no objections.   After careful

review, the Court concludes that the findings and recommendations should be, and hereby are,

approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that the Commissioner's Motion to Remand (Doc. 8) is

GRANTED, and this case is remanded for further administrative action pursuant to sentence 6 of 42

U.S.C. 405(g).

**IT IS SO ORDERED** this 21st day of May, 2013.


/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE