IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER D. MOORE                                            PLAINTIFF

v.                          CIVIL NO. 3:12-cv-3145-PKH-JRM

CAROLYN COLVIN, Commissioner
Social Security Administration                                  DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Roger Moore, appealed the Commissioner's denial of benefits to this Court. On May 21, 2013, the Court remanded Plaintiff's case to the Commissioner pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings. ECF No. 10. Following remand, the ALJ issued a favorable decision finding Plaintiff entitled to benefits on February 27, 2015. ECF No. 16-1. Plaintiff now moves for the entry of a final judgment by this Court. ECF No. 16.

When a Court remands a case pursuant to sentence six and retains jurisdiction pending completion of the administrative proceedings, entry of a final judgment is delayed until after the post-remand agency proceedings have been completed and the agency's results have been filed with the Court. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993). As all proceedings on remand have been completed and an administrative decision favorable to Plaintiff has been issued, Plaintiff is entitled to the entry of Judgment in her favor.

Accordingly, the Court recommends affirming the favorable decision of the Commissioner and dismissing Plaintiff's complaint.

**The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED AND ADJUDGED this 31st day of August 2015.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE