IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ROGER D. MOORE                                                                              PLAINTIFF

v.                                            Civil No. 3:12-CV-03145

CAROLYN COLVIN                                                                         DEFENDANT
Commissioner, Social Security Administration

## ORDER

The Court has received two reports (Docs. 15, 18) from United States Magistrate Judge James R. Marschewski containing proposed findings and recommendations.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations in each report should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, the Court ORDERS that Plaintiff's motion for attorneys' fees (Doc. 11) is DENIED as premature.

IT IS FURTHER ORDERED that Plaintiff's motion to reopen is GRANTED insofar as the Court finds that entry of judgment in this case is appropriate at this time.

IT IS FURTHER ORDERED that the decision of the Commissioner, finding Plaintiff entitled to benefits after remand by this Court, should be affirmed.

Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of October, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

-1-